IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TODD, ) | |
| ) CASE NO. 1:14-cv-00509 | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) HON. SHARON JOHNSON COLEMAN | |
| LIFEWATCH, INC., JOHN DOE ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) ELECTRONICALLY FILED | |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, the parties hereby stipulate and agree that any and all of Plaintiff's claims against Defendants in the above-captioned case are **HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

DATED: 2-14-14

By: _____
Michael Todd, Pro Se
9134 Del Prado Drive, 2N
Palos Hills, Illinois 60465
Ph. 708-576-8156
Mtodd75682@aol.com
*Counsel for Plaintiff*

By: _____
Lifewatch, Inc
BY: Joseph Lipari, Outside Counsel
Authorized Signatory